IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-485-RJC-DCK

| | |
|---|---|
| RAYMOND A. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SCOTT CLARK HONDA, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. On May 14, 2014, counsel for Defendants Scott Clark Honda and Randy Threatt filed a "Notice Of Settlement" (Document No. 54) notifying the Court that the parties reached a settlement in principle. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **June 13, 2014**.

**SO ORDERED**.

Signed: May 14, 2014

David C. Keesler
United States Magistrate Judge